IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-cv-97-FL

| | |
|---|---|
| JENNY G. BEARD<br>Plaintiff,<br><br>v.<br><br>TOWN OF TOPSAIL BEACH, et al.<br>Defendants | **PLAINTIFF'S EXPERT WITNESS**<br><br>**DISCLOSURE** |

COMES NOW the Plaintiff, by and through their undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, who hereby designate the following expert witnesses that the Plaintiffs expect to call at the trial of this matter:

**Dr. Richard Bahner, MD**
**EmergeOrtho**
**3787 Shipyard Blvd.**
**Wilmington, NC 28403**
**T: (910) 332-3800**
**F: (910) 251-0421**

Dr. Bahner is a board-certified orthopedic surgeon and licensed to practice medicine in North Carolina. He received his undergraduate degree from Duke University and earned his medical degree from Cincinnati College of Medicine. He did his residency in general surgery at Emory University Hospital, his orthopedic residency at Tampa Orthopaedic Program and the University of Pittsburgh. He had fellowship training in reconstructive hand and microsurgery and surgery of the upper extremity.

Dr. Bahner is expected to testify regarding his treatment of the Plaintiff and his assessment of her. He is expected to testify regarding the Plaintiff's past and future medical costs. He is expected to testify regarding the cause of injuries to Plaintiff's wrist. He is expected to testify that the Plaintiff will need ongoing injections in her wrist and about injuries she has sustained to her wrist and that she may require surgery. He is also expected to testify regarding prescriptions for Plaintiff for pain management and to help treat Plaintiff. He is expected to testify that the medical treatment she has received was reasonable and medically necessary.

**Dr. J Seaborn Blair III, MD.**
**Island Family Medicine**



13567-A Hwy 50
Surf City, NC 28445
T: 910-518-3372

Dr. Blair is board-certified in family medicine and is licensed to practice medicine in North Carolina. He received his undergraduate degree from East Carolina University and earned his medical degree from East Carolina University. He did his residency in Family Medicine at Pitt County Memorial Hospital.

Dr. Blair is expected to testify regarding his treatment of the Plaintiff and his assessment of her. He is expected to testify regarding the Plaintiff's past medical costs and injuries to her wrist. He is expected to testify regarding the cause of injuries to Plaintiff's wrist. He is expected to testify that the medical treatment she has received was reasonable and medically necessary.

**Dawn Decollewaert, OTR/L, CHT/ MDT, PT**
**EmergeOrtho**
**2716 Ashton Dr.**
**Wilmington, NC 28412**
**T: 910-332-3828**

Ms. Decowellewaert is an occupational therapist and is licensed in North Carolina. She received her undergraduate degree from University of Findlay in occupational therapy. She graduated in 1997 and has a hand certification which she received in 2003.

She is expected to testify regarding his treatment of the Plaintiff and her assessment of Plaintiff. She is expected to testify regarding the occupational and physical therapy she provided the Plaintiff and injuries to Plaintiff's wrist. She is expected to testify regarding the cause of injuries to Plaintiff's wrist. She is expected to testify regarding the Plaintiff's past and future medical costs. She is expected to testify that the medical treatment the Plaintiff received was reasonable and medically necessary.

**Dr. Francis Pecoraro, MD**
**EmergeOrtho**
**3787 Shipyard Blvd.**
**Wilmington, NC 28403**
**T: (910) 332-3800**

Dr. Pecoraro is board certified in physical medicine and rehabilitation and licensed in North Carolina. He received his medical degree from Ross University School of Medicine, completed his residency at the University of Minnesota and his internship at Temple University Reading Hospital and Medical Center. He specializes in interventional pain management.

He is expected to testify regarding his treatment of the Plaintiff and his assessment of Plaintiff. He is expected to testify regarding the treatment she provided the Plaintiff and injuries to Plaintiff's wrist. He is expected to testify regarding the cause of injuries to Plaintiff's wrist. Dr. Pecoraro is expected to testify regarding the Plaintiff's past and future medical costs including injections and prescriptions for pain management and to help treat her wrist injury He is expected to testify that the medical treatment the Plaintiff received was reasonable and medically necessary.

**Dr. Paul Viser, MD**
603 Beaman St., Ste. 401
Clinton, NC 28328
T: 910-592-2285

Dr. Viser is board-certified in internal medicine and is licensed in North Carolina. He graduated from the University of North Carolina School of Medicine. He is a family physician and is Plaintiff's primary care provider.

He is expected to testify regarding his treatment of the Plaintiff and his assessment of Plaintiff. He is expected to testify regarding the treatment he provided the Plaintiff including writing of prescriptions for pain management and stress. He is expected to testify regarding the cause of injuries to Plaintiff's wrist. Dr. Pecoraro is expected to testify regarding the Plaintiff's past and future medical costs. He is expected to testify that the medical treatment the Plaintiff received was reasonable and medically necessary.

This the 1st day of January, 2020.

ANGLIN LAW FIRM, PLLC

BY: _____

Christopher J. Anglin
N.C. Bar #43388
P.O. Box 91746
Raleigh, North Carolina 27675

Telephone: (919) 803-1516
Facsimile: (919) 803-1517
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on the 1st ~~15th~~ day of January 2020 ~~2019~~, a copy of the foregoing **EXPERT WITNESS DISCLOSURE** has been duly served via the United States Postal Service to the following counsel of record:

Clay Collier
Crossley, McIntossh, Collier, Hanley & Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403

This the 1st day of January, 2020

ANGLIN LAW FIRM, PLLC

BY:_____
Christopher J. Anglin
N.C. Bar #43388
P.O. Box 91746
Raleigh, North Carolina 27675