UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:19-CV-97

JENNY G. BEARD,

    Plaintiff,

vs.

TOWN OF TOPSAIL BEACH, TOWN OF
TOPSAIL BEACH POLICE DEPARTMENT and
OFFICER JACOB ALLEN, in His Individual and
Official Capacities,

    Defendants,

**ORDER**

THIS MATTER coming on and before the undersigned on the Motion of the Defendants to manually file exhibits and the Court finds that good cause exists to allow the manual filing of audio/visual recordings, identified as Exhibits A-K to the Declaration of Jacob Allen and contained on a flash drive;

NOW, THERFORE, based upon the foregoing, it is hereby ORDERED, in the discretion of the Court, that the Defendants shall be and are Allowed, pursuant to LCR 5.1(f), to manually file a paper copy of the Affidavit of Jacob Allen attaching a flash drive containing Exhibits A-K:

SO ORDERED, this the  22nd  day of September, 2020.

              /s/ Louise W. Flanagan
              The Honorable Louise W. Flanagan
              United States District Court Judge