UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JENNY G. BEARD )
        Plaintiff, )
)
v. ) **JUDGMENT**
) No. 7:19-CV-97-FL
TOWN OF TOPSAIL BEACH, TOWN OF )
TOPSAIL BEACH POLICE )
DEPARTMENT, and JACOB ALLEN )
*in his individual and official capacities* )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment and plaintiff's motion to strike expert testimony.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 25, 2021, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is GRANTED. Plaintiff's motion to strike is DENIED AS MOOT.

**This Judgment Filed and Entered on June 25, 2021, and Copies To:**
Christopher James Anglin  (via CM/ECF Notice of Electronic Filing)
Clay Allen Collier / Norwood P. Blanchard, III  (via CM/ECF Notice of Electronic Filing)

June 25, 2021                   PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk